JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Safa D.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. Citizenship and Immigration Services et al<br><br>　　　　　Defendants. | Case No. CV 22-09268-SPG(MAAx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(PURSUANT TO LOCAL RULE 41) |

　　　　On April 18, 2023, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. A written response to the Order to Show Cause was ordered to be filed no later than May 3, 2023. Plaintiff filed multiple Applications for Default Judgment at docket nos. 20 – 24. The applications were stricken due to non-compliance to Federal Rule Civil Procedure 55(a). To date plaintiff has yet to respond to the Court's Order to Show Cause,

　　　　IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed,

without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: May 5, 2023

SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT JUDGE